# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAUN MOUZON | * |
| Plaintiff | * |
| -v- | * |
| | Civil Action No.: 1:16-cv-00156-RDB |
| OFFICER CHARLES MEWSHAW, et al | * |
| Defendants | * |
| | * |

* * * * * * * * * * *

## PLAINTIFF'S MOTION TO REOPEN

Now comes the plaintiff, Shaun D. Mouzon, by and through his attorneys, A. Dwight Pettit, Latoya Francis-Williams, and the Law Office of A. Dwight Pettit, P.A., and Allan B. Rabineau, and pursuant to Local Rule 111 states:

1. On July 24, 2017 this Court was advised by the parties that the above action had been settled as to all claims and issued a Settlement Order pursuant to Local Rule 111. See Exhibit A

2. The entry of the Order was without prejudice, preserving the right of each party to move to reopen this action if settlement is not consummated within 30 days.

3. As of today, August 23, 2017, Defendants have not made payment to Plaintiff consummating the parties' settlement agreement although requests have been made.

4. Accordingly, Plaintiff now moves to reopen this action pursuant to Local Rule 111 and this Court's July 24, 2017 Order.

**WHEREFORE,** Plaintiff requests that this Honorable Court:

A.      Reopen this action; and,

B.      Grant such other and further relief as justice requires.

/s/

A. Dwight Pettit, Bar ID 01697
Latoya Francis-Williams, Bar ID 29957
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD 21201
(410) 542-5400
adpettit@adwightpettit.com
latoya.f.williams@gmail.com

/s/
Allan B. Rabineau, Bar ID 01636
401 East Pratt Street, Suite 2252
Baltimore, MD 21202
(410) 837-9150
allanbra@verizon.net

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 23th day of August, 2017, a copy of the foregoing PLAINTIFF'S MOTION TO REOPEN was served via the Electronic Filing System of the United States District Court for the District of Maryland on the following persons:

Michael Marshall, Esq.
Chaz R. Ball, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, MD 21202
Attorney for Defendants
(410) 685-2022
mmarshall@sbwlaw.com
cball@sbwlaw.com

/s/
Latoya Francis-Williams, Bar ID 29957